[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 12, 2004
THOMAS K. KAHN
CLERK

Nos. 01-14872 & 01-15080

D. C. Docket Nos. 99-00026-CR &
01-00032-CR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAY SCOTT BALLINGER,

Defendant-Appellant.

--------------------------
Appeals from the United States District Court for the
Northern District of Georgia
--------------------------

(Opinion November 21, 2002, 312 F.3d 1264, 11ᵗʰ Cir. 2002)

**(May 12, 2004)**

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.[*]

B Y   T H E   C O U R T :

A member of this Court in active service having requested a poll on the

---

[*]Honorable James C. Hill has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.